IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01558-BNB

PATRICK M. HAWKINSON,

    Plaintiff,

v.

JAMES A. MONTOYA, and
ROBERT SCRANTON, in their individual and official capacities,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2008

GREGORY C. LANGHAM
                  CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

    DATED at Denver, Colorado, this 20th day of August, 2008.

                    BY THE COURT:


                    *s/Craig B. Shaffer*
                    Craig B. Shaffer
                    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01558-BNB

Patrick M. Hawkinson
Prisoner No. 62702
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on___8/22/08___

GREGORY C. LANGHAM, CLERK

By:_____

                 Deputy Clerk