IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01558-EWN-BNB

PATRICK M. HAWKINSON,

Plaintiff,

v.

JAMES A. MONTOYA,
ROBERT SCRANTON,
In their individual and official capacities,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Court to Take Judicial Notice of and Incorporate Filings in Related Case 04-CV-1271-EWN-BNB** [Doc. #20] (the "Motion"). The Motion is DENIED.

The plaintiff initiated Case No. 04-CV-1271 in June 2004. On August 16, 2007, the 2004 case was dismissed without prejudice for plaintiff's failure to comply with the Court's orders to make his monthly filing fee payments or show cause why he could not. The plaintiff requests that certain "filings and parties['] discovery" from the 2004 case be "judicially noted and incorporated" into this case and that this case be set for trial.

On September 29, 2008, defendant Montoya filed a motion to dismiss this case on the basis that it is barred by the statute of limitations [Doc. #22]. As a consequence, the issue immediately before the court is substantially different from the issues presented in the 2004 case, and should be resolved before this case is set for trial.

IT IS ORDERED that the Motion is DENIED.

Dated October 20, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge