**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-01558-REB-BNB

PATRICK M. HAWKINSON,

    Plaintiff,

v.

JAMES A MONTOYA, and
ROBERT SCRANTON, in their individual and/or official capacities,

    Defendants.

## MINUTE ORDER[1]

    The plaintiff's **Emergency Motion For The Court To Reconsider Its Order** [#84] filed February 9, 2010, and the plaintiff's **Motion For Clarification of Court's Order Denying Motion To Reconsider** [#91] filed February 26, 2010, are **DENIED** as moot in light of the opinion and mandate of the United States Court of Appeals for the Tenth Circuit [#94 & #95] in this case.

    Dated: September 10, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.